Parvinder SINGH; Kawaljeet Kaur Sachdeva; Japneet Singh, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–71489.

United States Court of Appeals, Ninth Circuit.

Submitted April 8, 2014.*

Filed April 15, 2014.

Babak Pourtavoosi, Pannun the Firm, P.C., Jackson Heights, NY, for Petitioners.

Oil, Carmel Aileen Morgan, Esquire, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: KOZINSKI, Chief Judge, RAWLINSON and BEA, Circuit Judges.

**MEMORANDUM\*\***

The BIA didn't err in adopting the immigration judge's adverse credibility finding. The immigration judge listed "specific instances in the record that form[ed] the basis of the ... adverse credibility determination," *Shrestha v. Holder*, 590 F.3d 1034, 1042 (9th Cir.2010), including Singh's voluntary return to India, discrepancies

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

between the affidavits of Singh and his father, and petitioners' inconsistent testimony regarding their place of residence and visa application process. Nothing in the record "compels a contrary conclusion." *Singh v. Gonzales,* 439 F.3d 1100, 1105 (9th Cir.2006).

**DENIED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.